AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| | |
|---|---|
| ALBERT WILSON, ET AL. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 2:09CV66 |
| ROBERT F. ALLEN, COMMISSIONER, ADOC ) | |
| Defendant ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Robert F. Allen, Commissioner, c/o Registered Agent
or Agent of Process,
Alabama Department of Corrections, 301 S. Ripley
Street, P.O. Box 301501, Montgomery, AL 36130-15

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Kimberly R. Dodson, Law Offices of Kimberly R. Dodson, LLC, 200 Title Building, 300 Richard Arrington Blvd. Jr. N, Birmingham, AL 35203 (205) 252-2500

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Debra P. Hackett
Name of clerk of court

Date: Jan 30, 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

⁊ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

Date: _____

                                                                          Server's signature

                                                                          Printed name and title

                                                                           Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| | | |
|---|---|---|
| ALBERT WILSON, ET AL. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 2:09cv66-TFM |
| ROBERT F. ALLEN, COMMISSIONER, ADOC | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Governor Bob Riley
State Capitol
600 Dexter Avenue
Montgomery, AL 36130

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Kimberly R. Dodson, Law Offices of Kimberly R. Dodson, LLC, 200 Title Building, 300 Richard Arrington Blvd. Jr. N, Birmingham, AL 35203 (205) 252-2500

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Debra P. Hackett*
Name of clerk of court

Date: Jan. 30, 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____ .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address