IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALBERT WILSON, RUFUS BARNES, DAVID BROOKS, JOSEPH DANZEY, BRYAN GAVINS, DONALD SIMMONS, Individually and on behalf of themselves and others similarly situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. : 2:09CV66 |
| RICHARD F. ALLEN, COMMISSIONER, STATE OF ALABAMA DEPARTMENT OF CORRECTIONS, | ) ) ) ) | |
| Defendants. | ) | |

**CONFLICT DISCLOSURE STATEMENT**

  COMES NOW Alabama Department of Corrections, a Defendant in the above-captioned matter, and in accordance with the Order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047, as follows:

  1. Defendant Alabama Department of Corrections is a government agency.

  Respectfully submitted this the 12th day of February 2009.

              **s/ Alice Ann Byrne**
              ALICE ANN BYRNE (ASB-6369-Y87A)
              General Counsel
              Alabama State Personnel Department

              **s/ Tara S. Knee**
              TARA S. KNEE (ASB-7734-A61K)
              Deputy Legal Counsel
              Alabama State Personnel Department

OF COUNSEL:
ALABAMA STATE PERSONNEL DEPARTMENT
64 N. Union Street, Suite 316
Montgomery, Alabama 36130
Telephone: (334) 242-3451
Facsimile: (334) 35304481
Email: Aliceann.Byrne@personnel.alabama.gov
Tara.Knee@personnel.alabama.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following attorney(s):

Kimberly Dodson
Law Offices of Kimberly R. Dodson, LLC

**s/ Tara S. Knee**
OF COUNSEL

2