AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| | |
|---|---|
| ALBERT WILSON, ET AL. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 2:09-cv-00066-TFM |
| ROBERT F. ALLEN, COMMISSIONER, ADOC ) | |
| Defendant ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Alabama Department of Corrections
301 S. Ripley Street
PO Box 301501
Montgomery, AL 36130

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Kimberly R. Dodson, Law Offices of Kimberly R. Dodson, LLC, 200 Title Building, 300 Richard Arrington Blvd. Jr. N., Birmingham, AL 35203, (205) 252-2500

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Debra P. Hackett*
Name of clerk of court

Date: 2/18/09

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*